UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

09-80175-CIV- RYSKAMP/VITUNAC

PALM BEACH MARINE
CONSTRUCTION, INC.,
    Plaintiff,

v.

JEFFREY EPSTEIN,
    Defendant.
_____/

**DEFENDANT'S LIST OF WITNESSES EXPECTED TO BE CALLED AT TRIAL**

COMES NOW the Defendant, JEFFREY EPSTEIN, by and through his undersigned attorney, and pursuant to Rule 26(a) of the Fed. R. Civ. P., files this his list of witnesses expected to be called at trial:

## WITNESSES

1. Javier Quevedo
   c/o Palm Beach Marine Construction, Inc.
   1410 Forsythe Road
   West Palm Beach, FL 33405
   (561) 588-7690
   Mr. Quevedo is the President of the Plaintiff and it is believed that he has knowledge regarding the means, methods, pricing and billing utilized in performing work on Defendant's property.

2. Preston Searls
   c/o Palm Beach Marine Construction, Inc.
   1410 Forsythe Road
   West Palm Beach, FL 33405
   (561) 588-7690
   Mr. Searls is a representative of the Plaintiff and it is believed that he oversaw the work which is the subject of this litigation.

3. Brian Markle
   c/o Palm Beach Marine Construction, Inc.
   1410 Forsythe Road
   West Palm Beach, FL 33405
   (561) 588-7690

4.  David Vega
    c/o Palm Beach Marine Construction, Inc.
    1410 Forsythe Road
    West Palm Beach, FL 33405
    (561) 588-7690

5.  Edward Evan
    c/o Palm Beach Marine Construction, Inc.
    1410 Forsythe Road
    West Palm Beach, FL 33405
    (561) 588-7690

6.  West Gammons
    c/o Palm Beach Marine Construction, Inc.
    1410 Forsythe Road
    West Palm Beach, FL 33405
    (561) 588-7690

7.  Douglas Schoettle
    243 Riverside Drive, Apt. 1005
    New York, NY 10025
    (212) 932-0535
    Mr. Schoettle is a consultant who dealt directly with representatives of Palm Beach Marine Construction on this job.

8.  Jeffrey Epstein
    c/o W. Chester Brewer, Jr., P.A.
    250 S. Australian Avenue
    Suite 1400
    West Palm Beach, FL 33401

9.  Michael Baber
    c/o MCR Professional Engineering
    (561) 863-3393
    It is believed that Mr. Baber has knowledge as to a Bathymetric Survey that was performed on the subject property.

10. Cebrone Atkins
    c/o Palm Beach Marine Construction, Inc.
    1410 Forsythe Road
    West Palm Beach, FL 33405
    (561) 588-7690

11. Richard Kahn, CPA
    c/o W. Chester Brewer, Jr., P.A.
    250 S. Australian Avenue
    Suite 1400
    West Palm Beach, FL 33401

12. Daniel Hackman
    4305 Hickory Drive
    Palm Beach Gardens, FL 33418
    (561) 818-4720
    Mr. Hackman is a former comptroller of the Plaintiff and it is believed that he has knowledge concerning the means, methods and amounts of the dredging that was done in the waters behind Defendant's home, approvals therefore, pricing therefore and the billing therefore, as well as historical billing practices of the Plaintiff and litigation involving the same.

13. Representative of Southern Waste Systems
    790 Hillbrath Drive
    Lantana, FL 33462
    (888) 800-7732
    It is believed that this company or one of its employees has knowledge of the amount, timing and billing for the disposal of materials dredged from behind the Defendant's home.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2009 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notice of Electronic Filing.

Alexander Lian, Esquire
Alexander Lian, P.A.
777 Brickell Avenue, Suite 1210
Miami, Florida 33131
Telephone: 305-381-7910
Facsimile: 305-381-7135
Email: alian@alexanderlian.com
*Attorney for Palm Beach Marine Construction, Inc.*

/s/ W. Chester Brewer
W. Chester Brewer, Jr.
Florida Bar No.: 0261858
Email: wcblaw@aol.com
W. CHESTER BREWER, JR., P.A.
One Clearlake Centre – Suite 1400
250 Australian Avenue South
West Palm Beach, Florida 33401
Telephone: 561-655-4777
Facsimile: 561-835-8691
*Attorney for Defendant, Jeffrey Epstein*